UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Catherine Clare Bryan,

                        Appellant,

v.

MTGLQ Investors L.P.,

                        Appellee.

Case No.: 19-mc-26-BTM

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS RE BANKRUPTCY APPEAL SC-18-1173**

**[ECF NO. 1]**

Before the Court is the order of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit transferring to this Court the pending motion for leave to proceed in forma pauperis filed by Appellant Catherine Clare Bryan re bankruptcy appeal SC-18-1173. (ECF No. 1 at 1-2.)

Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Lack of good faith "has been held to be equivalent to a finding of frivolity." *Knapp v. Hogan*, 738 F.3d 1106, 1110 (9th Cir. 2013).

On November 26, 2018, the U.S. Bankruptcy Court certified that the appeal is frivolous. (See ECF No. 1 at 7-10.)

//

1  This Court agrees, and accordingly, **DENIES** Appellant's motion to proceed
2  in forma pauperis.
3      IT IS SO ORDERED.
4  Dated: January 14, 2019

_____
Barry Ted Moskowitz, Chief Judge
United States District Court